THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

DELILAH A. GRAHAM-SMITH, et al.

    Plaintiffs,

v.                            3:17-CV-00239
                                (JUDGE MARIANI)
CITY OF WILKES-BARRE, et al.

    Defendants.

## ORDER

**AND NOW, THIS 12TH DAY OF MAY, 2017**, upon review of Defendants' Motion to Dismiss Plaintiffs' Complaint (Doc. 10), the Stipulation filed by Plaintiff on April 21, 2017 dismissing certain claims, and the parties' agreement during a conference call this same day that the Stipulation renders Defendants' Motion to Dismiss moot, **IT IS HEREBY ORDERED THAT:**

1. The Stipulation is **APPROVED**.

2. Defendant's Motion to Dismiss (Doc. 10) is **DISMISSED AS MOOT**.

                                                   /s/ Robert D. Mariani
                                                   Robert D. Mariani
                                                   United States District Judge