IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| DELILAH A. GRAHAM-SMITH and RODNEY G. SMITH, | : | CIVIL ACTION -- LAW |
| | : | |
| Plaintiffs, | : | |
| | : | JURY TRIAL DEMANDED |
| v. | : | |
| | : | |
| CITY OF WILKES-BARRE, POLICE OFFICER MATTHEW SMITH, POLICE OFFICERS JOHN DOE 1-10 and FORMER POLICE CHIEF ROBERT HUGHES, | : | Judge: Robert D. Mariani |
| | : | |
| Defendants. | : | NO. 3:17-CV-00239 |

## SUGGESTION/STATEMENT OF DEATH

Pursuant to Federal Rule of Civil Procedure 25, the death of Delilah A. Graham-Smith, a party to the above action, during the pendency of this action is noted upon the record.

.

                        Respectfully submitted,

                        s/John G. Dean
                        John G. Dean
                        Matthew G. Boyd
                        **ELLIOTT GREENLEAF, P.C.**
                        15 Public Square, Suite 310
                        Wilkes-Barre, PA  18701
                        (570) 371-5290

DATED: May 4, 2021

## CERTIFICATE OF SERVICE

I, John G. Dean, hereby certify that I have caused to be served this day a true and correct copy of the foregoing suggestion/statement of death via electronic filing addressed as follows:

> J. Ronaldo Legaspi
> 130 State Street
> Harrisburg, PA 17101
> Email: jlegaspi@aol.com

> s/John G. Dean
> John G. Dean

DATED: May 4, 2021