# THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

DELILAH A. GRAHAM-SMITH and
RODNEY SMITH,[1]

    Plaintiffs,

v.

CITY OF WILKES-BARRE, et al.,

    Defendants.

: CIVIL ACTION NO. 3:17-CV-239
: (JUDGE MARIANI)
: (Magistrate Judge Saporito)

## ORDER

**AND NOW, THIS 19th DAY OF MAY 2021,** upon consideration of Magistrate Judge Saporito's R&R (Doc. 80) and all relevant documents, for the reasons set forth in the simultaneously filed Memorandum Opinion, **IT IS HEREBY ORDERED THAT**:

1. Plaintiffs' objections to the R&R (Doc. 97) are **OVERRULED**;

2. The R&R (Doc. 80) is **ADOPTED**;

3. Defendants "John Does 1-10" are **DISMISSED** pursuant to Federal Rule of Civil Procedure 21;

4. Defendants motion for summary judgment (Doc. 51) is **GRANTED**;

---

[1] On May 4, 2021, Defendants filed the Suggestion/Statement of Death pursuant to Federal Rule of Civil Procedure 25 stating that "the death of Delilah A. Graham-Smith . . . during the pendency of this action is noted upon the record." (Doc. 106 at 1.)

5. The Clerk of Court is directed to **CLOSE THIS CASE**.

_____
Robert D. Mariani
United States District Judge